UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANGELA LEBRON,

Plaintiff,

-against-

WHOLE FOODS MARKER GROUP, INC., *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER**

26 Civ. 150 (JGLC)(JCM)

On August 5, 2026, at the Initial Pretrial Conference, this Court scheduled a telephone conference for September 28, 2026 at 10:00 a.m. and directed Plaintiff's counsel to file a notice of appearance. Counsel for Plaintiff did not appear for the conference on September 28, 2026, nor did he file a notice of appearance.

Accordingly, counsel for Plaintiff is directed to submit a letter to the Court, by close of business September 29, 2026, explaining his failure to (1) attend the conference and (2) file his notice of appearance.

In addition, the September 28, 2026 telephone conference is adjourned to October 1, 2026 at 11:30 a.m. Counsel shall call 855-244-8681 and enter access code 1800490580 at the time of the conference.

Counsel for Defendants are directed to email a copy of this Order to Plaintiff's counsel.

Dated: September 28, 2026
White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge